UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, NON BEHALF OF THE ENVIRONMENTAL PROTECTION AGENCY,<br><br>                      Plaintiff/Respondent;<br><br>    v.<br><br>PORT OF TACOMA,<br><br>                      Defendant/Appellant;<br>                      and<br><br>PUYALLUP TRIBE OF INDIANS,<br><br>                      Intervenor | Case No. C94-5648RJB<br><br>ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SUR-REPLY TO INTERVENOR'S REPLY IN SUPPORT OF MOTION TO DEFINE THE SCOPE AND NATURE OF THE JUDICIAL APPEAL |

     This matter comes before the court on the United States' Motion for Leave to File Sur-Reply to Intervenor's Reply in Support of Motion to Define the Scope and Nature of the Judicial Appeal. Dkt. 27. The court has considered the pleadings filed in support of the motion and the file herein.

     On August 11, 2010, the United States filed a motion, requesting leave to file a sur-reply to address a statement in the Puyallup Tribe of Indians' reply. Dkt. 27. The motion should be granted.

     Therefore, it is hereby

     **ORDERED** that the United States' Motion for Leave to File Sur-Reply to Intervenor's Reply in Support of Motion to Define the Scope and Nature of the Judicial Appeal (Dkt. 27) is **GRANTED**.

1  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
2 party appearing *pro se* at said party's last known address.
3  DATED this 12th day of August, 2010.

*Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER
Page - 2